TMI PRODUCTS INC., Plaintiff–Appellant,

v.

**ROSEN ENTERTAINMENT SYSTEMS LP, Defendant–Appellee.**

**TMI Products Inc, Plaintiff–Appellee,**

v.

**Rosen Entertainment Systems LP, Defendant–Appellant.**

**Nos. 2014–1553, 2014–1585.**

United States Court of Appeals, Federal Circuit.

Nov. 6, 2014.

Reynaldo C. Barcelo, Barcelo Harrison & Walker, LLP, Newport Beach, CA, for Plaintiff–Appellant.

David P. Cooper, Esq., Kolisch Hartwell, P.C., Owen W. Dukelow, Esq., Kolisch Hartwell, P.C., Portland, OR, for Defendant–Appellant.

## ON MOTION

### ORDER

Rosen Electronics, L.P. moves without opposition to voluntarily dismiss its cross-appeal, No. 2014–1585, pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2014–1585 is dismissed.

(2) The revised official caption is reflected above.

(3) Each side shall bear its own costs in Appeal No. 2014–1585.